185 So. 919

#### Charles COFFELL v. STATE.
#### 8 Div. 757.

Court of Appeals of Alabama.
Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

177 So. 918

#### James COKER v. STATE.
#### 8 Div. 364.

Court of Appeals of Alabama.
Nov. 23, 1937.

Henry D. Jones, of Florence, for appellant.
A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

178 So. 922

#### Percy COKER v. STATE.
#### 8 Div. 691.

Court of Appeals of Alabama.
Feb. 1, 1938.

RICE, Judge.
Affirmed.

176 So. 921

#### Jack COLLAS v. STATE.
#### 2 Div. 615.

Court of Appeals of Alabama.
Nov. 9, 1937.

SAMFORD, Judge.
Affirmed.

180 So. 897

#### Ted COMMANDER and Dan Houston v. STATE.
#### 4 Div. 387.

Court of Appeals of Alabama.
April 5, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

181 So. 918

#### Charlie CAMPMIRE v. Ed C. SANDLIN.
#### 7 Div. 374.

Court of Appeals of Alabama.
May 26, 1938.

McCord & McCord, of Gadsden, for appellant.
E. L. Roberts, of Gadsden, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.